UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
_____Civil_____ DIVISION

Plaintiff(s) Warren: Kirkland
For Warren Kirkland Estate Trust   CIVIL ACTION NO. 3:23cv 90 (DJN)

v.

Defendant(s) CLARISSA SCOTT   CRIMINAL NO. _____

NOTICE OF APPEAL

Notice is hereby given that

Warren: Kirkland for Warren Kirkland Estate Trust above named, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order entered in this action on the 27th day of February 20 23.

_____W_____ without prejudice
Attorney or ~~Pro Se~~ Appellant, Authorized Representative
'In Pro Per'

[5512 Carolanne Terrace
c/o Virginia Beach, Virginia 23462]
Rural Free Delivery, Non-domestic, Republic
Address   ZIP EXEMPT

Dated: February 27, 2023

# UNITED STATES DISTRICT COURT
for the E ~~District~~ ᵃˢᵗᵉʳⁿ of Virginia, Civil Division

|  |  |
|---|---|
| Warren: Kirkland for Warren Kirkland Estate Trust <br> *Plaintiff; 'In pro Per'* <br><br> -v- <br><br> CLARISSA SCOTT <br> *Respondent/Claimant(s)* | Case No. 3:23cv90 (DJN) <br><br> Non-appearance, Ex-parte <br><br> Date: February 27, 2023 <br><br><br> *'In Pro Per'* |

# LOCAL RULE 83.1(M) CERTIFICATION

**I declare under penalty of perjury that:**

**The following Attorney-in Fact has prepared Writs-***in forma pauperis, Civil Coversheet(s), Statement of Claim, (see All attached pertaining to Diversity Citizenship, Et al)*

<u>Warren: Kirkland for Warren Kirkland Estate Trust</u>
**Name of (Attorney-In-Fact), Authorized Representative**

<u>5402965755</u>
**(Telephone Number of Attorney-in-Fact)**

<u>Warren: Kirkland</u>
**Name of** *'In Pro Per'* **Party (Print or Type)**

**Autograph of** *'In Pro Per'* **Party** ⎿⟶ without prejudice



**Executed on: February 27, 2023**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
_____Civil_____ Division

Warren: Kirkland for
Warren: Kirkland Estate Trust

Plaintiff,

v.                                    Civil Action No. 3:23cv90(DJN)

CLARISSA SCOTT

Defendant.

**DISCLOSURE OF CITIZENSHIP IN DIVERSITY JURISDICTION CASES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1 of the Eastern District of Virginia, where jurisdiction is based on diversity of citizenship, all parties or intervenors in the case must, unless the Court orders otherwise, name and identify the citizenship of every individual or entity whose citizenship is attributable to that party or intervenor.

Parties and intervenors are reminded that the citizenship of a limited liability company, professional corporation, limited partnership, partnership, and unincorporated association is determined by the citizenship of all its members or partners.

__CLARISSA SCOTT__                    __UNITED STATES__
(Party/Intervenor)                    (Citizenship)

_____                _____
(Party/Intervenor)                    (Citizenship)

_____                _____
(Party/Intervenor)                    (Citizenship)

__February 27, 2023__
Date                                  Signature of Attorney or Litigant
                                      ~~Counsel~~ for In- Fact
                                      without Prejudice

Certified Mail No. 7021 2720 0001 6608 6569

# COMMON LAW CLAIM

At The United States District Court for the Eastern District of Virginia, Civil Division for the County known as Richmond on the land of Virginia.

Plaintiff; Warren: Kirkland for Warren Kirkland Estate Trust

-Vs-

Defendant/Respondent; CLARISSA SCOTT

Warren: Kirkland for Warren Kirkland Estate Trust,
One of the People that creates the land, the County known as Continental America( and the city called Virginia Beach.

**Case No. 3:23cv90**

I, man, have have not caused CLARISSA SCOTT any injury to her and/or have damaged nor Stolen any of her property.

I require CLARISSA SCOTT to appear before the court and state a verified claim, and I will make her whole.

I, man, am ready to proceed, and I require this case to be heard.

I have proper presentation via Attorney-in Fact, Authorized Representative.

I verify all things said herein are true.

_____/date : February 27, 2023

**Warren: Kirkland, Attorney-In-Fact**

I verify all parties were sent a copy via Certified Mail through U.S.P.S. Postal Union/Service
No. 7019 0700 0000 3000 9585

Defendant/Respondent:
3005 Lafayette Blvd Fredericksburg, Virginia 22408

Without Prejudice

_____/date : February 27, 2023

Certified Mail No. 7021 2720 0001 6608 6569

WARREN, KIRKLAND

ESTATE TRUST
Office of the Executor
General Post Office
**Rural Free Delivery, Non-Domestic**
**Republic-ZIP EXEMPT**

Case No. **3:23cv90 (DJN)**

**27 February, 2023**

---
---

## NOTICE OF ACCEPTANCE TO GENERAL EXECUTOR'S OFFICE

From: Office of the General Executor, WARREN KIRKLAND, ESTATE

To: Certificate of Service.

Subj: GRANTOR'S / TESTATOR'S ASSERTION OF RIGHT AND ACCEPTANCE TO OFFICE OF GENERAL EXECUTOR AND CHIEF ADMINISTRATOR FOR THE ESTATE OF WARREN KIRKLAND.

Ref: A Last Will and Testament for WARREN KIRKLAND, ESTATE, filed in THE UNITED Courthouse DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA in Court Case No. **3:23cv90 (DJN)**

1. <u>Situation and purpose</u>. To confirm by acknowledgment the appointment of Warren Kirkland to the office of General Executor and Chief Administrator for the Trust and all matters governing the Estate of WARREN KIRKLAND as per the intentions of the Grantor and Testator's last will and Testament filed within the DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA, STATE OF VIRGINIA, and the COUNTY OF RICHMOND Register / Recorder of Deeds.

1(a). Let it be known to all that by this duly recorded Notice that the Office of General Executor for the WARREN KIRKLAND, Estate is hereby occupied, *Nunc Pro Tunc*.

1(b). The Divine Creator as Grantor/Creator of Warren Kirkland, the Triune of Body-Mind-Spirit as the original Trust Corpus, did gift, grant and convey the Divine Right of Use into Trust for Our Benefit.

1(c). As witnessed before all Heaven and Earth the Creator granted to Us at birth the immutable and irrevocable Rights over Our name, Our Free Will, Our flesh, Our energy, Our labor, Our mind, and Our Divine spirit. Warren Kirkland, the Triune of Body-Mind-Spirit with Authority and Dominium from the Divine Creator, do hereby pronounce, claim and occupy the Office of General Executor for the WARREN KIRKLAND, Estate, *Nunc Pro Tunc*.

1(d). As We have accepted the appointment of occupant of the Office of General Executor, no office, nor officers possess any lawful rights or Our recognition to continue as agents, administrators and guardians on Our behalf. Therefore, whether they had acted through an office of custodian, protector, steward, keeper, guardian, attorney-in-fact or any other title, We hereby pronounce their acts null and void, *Nunc Pro Tunc*.

1(e). As for any assumed filial claims of the State over Us, let it be known to all that We hereby disavow the State having any filial rights over Us for the first time; We disavow the State having any filial rights over Us for the second time; and We disavow the State has any filial rights over Us before the Divine Creator and all Heaven and Earth for the third and final time.

2. Cancellation. This assertion cancels, voids, rescinds, revokes, and repudiates all policy, statutes, contracts, and presumptions of presumed executorial or administrative authority. This appointment is valid from your receipt of this notice, *Nunc Pro Tunc*.

3. Mission/Objective. To publish and promulgate the Testator's and Grantor's Assertion of Right and affirming the office of General Executor and Chief Administrator for the Estate of WARREN KIRKLAND / WARREN KIRKLAND / WARREN KIRKLAND, and every variation of an artificial entity, i.e., "Collective Entity," known herein both jointly and severally herein as the "Estate" while maintaining a peaceful relationship with those "in care of" persons, serving as trustees, fiduciaries, and public servants appointed by the Executor to serve the interests of the Estate. Let it be known that I hereby appoint public servants: Judge for the DISTRICT COURT FOR THE EASTERN DISTRICT VIRGINIA COUNTY, RICHMOND Attorney General, JASON MIYARES, the District Attorney's office for the COUNTY OF VIRGINIA, Governor of VIRGINIA, GLENN YOUNGKIN, and VIRGINIA Secretary of State, KAY COLES JAMES, as fiduciaries over the Estate; and they are hereby ordered to withdraw all charges against the Estate, grant the Estate a full pardon of all charges against the Estate, and award the relief and / or remedy sought in AFFIDAVIT OF NOTICE OF DEFAULT which was filed in the Fredericksburg Circuit Court, State of FREDERICKSBURG VIRGINIA, executed on or around October 18, 2022, filed November 09, 2022. This is the said public servants' only orders and responsibilities. Any other action is unauthorized and will be deemed null and void by this Court which is the Executor's Office. As the General Executor, I, Warren: Kirkland, give the said public servants 03 days to execute my orders. Failure to do so will result in breach of fiduciaries' duties which is Trust Law, the highest law, being violated and total disregard towards the highest office which is the Office of General Executor, the Court.

a. All officials and government servants have taken an oath. Even if they have not taken an oath on record, they have cashed a paycheck and accepted the responsibility. The fiduciary duty of all officials is to serve and protect the Estates and the occupant of the Executor Office. A fiduciary responsibility is the highest responsibility in law.

4. <u>Execution</u>. As of the date of this notice, Warren: Kirkland; Warren El who is a Moor/, Muur possessing Free-hold by inheritance and Primogeniture Status, a natural person, identified in the Will, assumes the Office of General Executor and Chief Administrator for the Estate and is granted full faith and credit to execute the duties of this office as outlined in the Will.

5. <u>Administration</u>.

a. All Courts of Record, Courts of Equity, Administrative Courts, Legislative Courts, and the Officers of Public Trust have a duty and responsibility to acknowledge the Office of General Executor and Chief Administrator for all matters regarding administration of claims against WARREN KIRKLAND, Kirkland, Warren, Warren: Kirkland, Warren El, and any and all spelling variations of the said Estate.

b. Any use or reference to the title Warren: Kirkland by the Executor or Chief Administrator, including the titles, Governor/Grantor/Executor/ Director/Sole Beneficiary/Sole Shareholder/Chief Executive Officer/Guardian, in any format and/or rendering is always to refer to the General Executor's Office.

c. The Chief Administrator and General Executor is not subject to lien, levy, submission to jurisdiction, or acquisition at any moment or in any situation, and shall enjoy all privileges, benefits, and immunities afforded by the United States Constitution, Treaty of Peace, and the Will.

d. The Chief Administrator and General Executor is not a public servant and any claim to the contrary must be proven by payroll records to include the alleged public servant title and sworn under the penalty of perjury and under full commercial liability. The Grantor claims common law jurisdiction for time immemorial.

e. The Grantor waives all compelled benefits of every type and kind.

f. Anyone refuting any of the aforementioned and or the following issues must do so on the public record, in writing, by way of sworn written affidavit sworn to under penalty of perjury with an assessment of $1,000,000.00 for each issue and occurrence of perjury/false and misleading information and/or unproven misleading statements or assertions. No other refuting documents will be accepted. Failure to respond within 03 days will be agreement and estoppel.

g. <u>Claims against the Estate</u>. All claims against the Estate for payment or usage of credits or interest of any kind and in any amount, whether it be for tax, or fee, or collection, or charge, or discharge, *shall not be paid* without being presented to the office of General Executor for approval.

(1) When approval is given for administration or probation of the Estate, it shall be made evident in writing by this office, and as per requirement, anyone who claims authority to act on behalf of the estate shall be required to be in possession of the letter affirming the Fiduciary authority to do so. Continuing unauthorized use of credits or interests without express consent

and upon being noticed by this order constitutes fraud against the estate and the commission of perjury by the individuals acting.

h. Notice to Trustees and Fiduciaries. Trustees and Fiduciaries may not assert any management power over the Estate without delegation in writing by authority from this office. Fiduciaries shall at no time improperly use the Estates money, assets, property, services, or credit in the performance of, or as a result of their official duties for activities that have not been approved by this office.

i. Notice to Public Officials and Trustees.

(1) Every person who, under color of law or any statute, ordinance, regulation, custom, or usage of any state or territory interferes, obstructs, deprives any rights, privileges, or immunities of the Estate shall be liable to the Estate without immunity in an action at suit or other proper proceeding for redress.

(2) Public officials wishing to present a claim against the Estate shall, in accordance with the law and administrative policy established by this office, comply with requirement to disclose personal assets and liabilities as well as those of their spouses and/or dependents to the administration office of the Estate.

j. Response to this Notice. Response is not required; however, any response received of which purports the inability or refusal to perform in accordance with the guidance set forth in this notice must be submitted to our office including a signed PSQ1 or with affirmation signed under penalty of perjury in accordance with requirements set forth in the Privacy Act of 1974 (Public Law 93-579) which shall serve to ensure high standards of honesty, impartiality, moral character, and honorable conduct as in accordance with Title 5 C.F.R. Part 735. The Estate is relying on your silence as acquiescence/consent and assent to bind this agreement and the duties and obligations set forth herein.

## MEMORANDUM OF LAW

1) The Executor Office is the "Court" as the Sovereign is in equality. Definition of Court in the Black's Law Dictionary, 4th edition, states that, "The Sovereign with their real retinue -wherever they may be – is the Executor Office."

2) The Executor Office always deals with the administrative office because the Executor's Office is a Court. It is an administrative office, but it is a judicial office, also.

3) The Executor Office is or appears to be as high or higher than the term of Sovereign, i.e. ruler, Pope, King, or any other illusion of Man's superiority as some understand it; therefore, the Executor Office has no reason or need to ever consider a legal action from a lower system as the Office has the authority to submit either an order or request to lower office enforcement holders to perform corrective actions.

**EXECUTOR:**
(a) **General Executor:** "A general executor is one who is appointed to administer the whole estate without any limit of time or place or of the subject matter." *[Bouvier's Law Dictionary, 1856 edition]*
(b) **General Executor:** "One whose power is not limited either territorially or as to the duration or subject of his trust." *[Black's Law Dictionary, 1st Ed.]*
(c) **Executor:** "He to whom another commits by will the execution of his last will and testament." *[William C. Anderson, A Dictionary of Law (1893)]*
(d) **General Executor:** "An executor whose power is unlimited as to time, place, or subject matter."*[William C. Anderson, A Dictionary of Law (1893)]*
(e) **Executor De Son Tort:** "Executor of his own wrong. A person who assumes to act as executor of an estate without any lawful warrant or authority but who, by his intermeddling, makes himself liable as an executor to a certain extent. If a stranger takes upon him to act as executor without any just authority, (as by intermeddling with the goods of the deceased, and many other transactions,) he is called in law an 'executor of his own wrong', de son tort. 2 Bl. Comm. 507." *[Black's Law Dictionary, 1st Ed.]*
(f) **Probate:** "The actor process of proving a will. The proof before an ordinary, surrogate, register, or other duly authorized person that a document produced before him for official recognition and registration and alleged to be the last will and testament of a certain deceased person is such in reality."*[Black's Law Dictionary, 4th Ed.]*
(g) **Estate:** "The word 'estate' is a word of the greatest extension and comprehends every species of property, real and personal. It describes both the *corpus* and the extent of interest. ...It signifies everything of which riches or fortune may consist." *[Black's Law Dictionary, 4th Ed.]*

G (1) The Estate is in the nature of a trust but is not a trust. The Estate is subject to trust law and is affected by probate law. Probate Law is the highest form of law. Scripture is trust and estate law and trumps all other law, i.e., Treaty, Civil, Criminal, Law of Nations, Domestic, Probate, Equity. It is just made-up rules for the world game for lawyers to control everything. True law has to be simple and must work equally for everyone, i.e., equality.

G (2) The Estate is a realm of action that is a combining of the physical and spiritual aspects of each individual. The Estate is older than any form of law or legal issue that is in or around the world today and has been passed down through generations, having come from Most High [God]. As such, no form of law, other than scripture, can access or penetrate the truth of the Estate.

G (3) A trust is a contract and pursuant to the constitution for the united states of America, Article 1, Section 10 which reads, "No state shall pass any law impairing the obligation of contracts." In essence, an Estate or trust (contract) is private law between the parties thereto. No one, not even the courts, have the authority to look into the business of the Estate.

G (4) The courts do not have jurisdiction (in *personam* or in subject matter) over the Estate. The only probate court possible to bring a claim into is the one described on the Birth Certificate of WARREN KIRKLAND, ESTATE/ TRUST.

G (5) By using the words "Executor" or "Estate", I, Warren: Kirkland, am the Creditor. Creditors have immunity from the debtor.

G (6) Notice is hereby given by the General Executor and Guardian of the Estate. No other office or other officer except those duly appointed by the General Executor and Guardian possesses any lawful rights or authority as an agent, administrator, trustee, or guardian of the Estate. Therefore, whether or not a person has acted for the Estate through a position of custodian, protector, steward, keeper, guardian, attorney-in-fact, or any other title or capacity, we hereby pronounce any and all assumed authority and all positions who have acted, now and then, without written consent or proof of a deceased Estate as a De Son Tort, thereby making any and all acts and liabilities null and void, *Nunc Pro Tunc*. Any administration on the Estate of a living person is void especially if it is made to appear that the person was in fact alive at the time administration was granted. The administration is absolutely void.

G (7) The ALL CAPS NAME is foreign to the U.S. and the States. It is immune under the Foreign Immunities Act because it has been reclaimed for cause by the Executor in Trust. In 28 U.S.C. § 1300, *et al* (F.S.I.A.), "Foreign State" means "Foreign Estate".

Anyone refuting any of the aforementioned issues must do so on the public record in writing by way of sworn written affidavit under penalties of an assessment of $1,000,000.00 for each issue and occurrence of perjury, false and misleading information, and/or unproven misleading statements or assertions. No other refuting documents will be accepted. Failure to respond within ten (03) days will be agreement and estoppel.

### NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENTS.

### NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL.
### CERTIFICATION OF SPECIAL ACKNOWLEDGMENT.

I, Warren: Kirkland, attest and affirm that the aforementioned is true and correct, attested to and submitted by The Chief Administrator / Grantor / Settlor / Creditor, Warren: Kirkland, a living, breathing, self-aware Man (not deceased) who is also the Executor / Director / Sole Beneficiary / Sole Shareholder / Chief Executive Officer of any associated Trust, Estate, Legal Name, State (Foreign or otherwise), and/or corporation of the Legal Person known by, referred to, or rendered as WARREN KIRKLAND.

I further acknowledge that this is an act of my free will and Deed to execute my acknowledgement of my acceptance of the Trust / real property / Estate as well as lawful control of the real property / Estate / Corporation / Trust. Be it said. Be it documented done in/on/and for the record, in this lawful court of record on this ___27___ day of February, 2023.

Respectfully submitted,

By: Executor _____
WARREN KIRKLAND, ESTATE
Office of the Executor
General Post Office,
Rural Free Delivery, Non-domestic, Republic, ZIP EXEMPT

## VERIFICATION

STATE OF VIRGINIA          )
                           )          SS: <u>NOTICE</u>
COUNTY OF VIRGINIA BEACH   )

Pursuant to title 28 U.S.C. Section 1746 (1) and executed "Without the United States",
I,**Warren: Kirkland**, affirm under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my belief and informed knowledge.

Signed on this ___27___ day of ___February___, 2023, by the undersigned authority:

Respectfully submitted,

By: Executor _____
WARREN KIRKLAND, ESTATE
Office of the Executor,
General Post Office,
Rural Free delivery, Non-domestic, Republic, ZIP EXEMPT

## NOTICE

Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for notarization is verification and identification only and not for entrance into any foreign jurisdiction.

### Jurat

Non-domestic County          )
                             )  ss:
Virginia Republic            )

Subscribed and affirmed before me this ___28___ day of ___February___, 2023.

_____          (seal)
Notary Signature

```
PACIES ADOKA HODGES
Notary Public
Commonwealth of Virginia
Registration No. 7899392
My Commission Expires Apr 30, 2024
```

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by US Mail to: the Clerk of the DISTRICT COURT EASTERN DISTRICT COURT OF THE COURT for the COUNTY OF RICHMOND, the District Attorney's Office for the JUDICIAL CIRCUIT, the Attorney General Jason Miyares for the STATE OF VIRGINIA, the Secretary Kay Coles James of State for the STATE OF VIRGINIA, Governor Glenn Youngkin office, and all public servants that I have appointed as trustees/fiduciaries; on this __27__ day of __February__, 2023.

Respectfully submitted,
without Prejudice

By: Executor _____
WARREN KIRKLAND, ESTATE
Office of the Executor,
General Post Office,
Rural free Delivery, Non-domestic, Republic, ZIP EXEMPT